STATE of Missouri, Respondent,

v.

**Fred WINSTON, Appellant.**

No. 48583.

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 5, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 26, 1985.

Doris Gregory Black, St. Louis, for appellant.

John Munson Morris, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Defendant, Fred Winston, appeals from his convictions, after a jury trial, of illegal possession of a Schedule II controlled substance, to-wit, phencyclidine and illegal possession of a Schedule I controlled substance, to-wit, marijuana under thirty-five grams. He was sentenced to a term of imprisonment for five years on the Schedule II conviction and a concurrent term of imprisonment for one year on the Schedule I conviction. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).